PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   Crim. No.   4:13CR00200-1

Adelaida M. Lizama

On December 28, 2015, the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Adelaida M. Lizama be discharged from supervision.

Respectfully submitted,

J. David Lamb
Supervisory U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this   2ND   day of   August  , 2017.

William T. Moore, Jr.
Judge, U.S. District Court